IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| MARK T. CARRUTHERS AND MARGARET J. CARRUTHERS, | Case No. 07 B 00272 |
| Debtors. | Honorable Pamela S. Hollis |
| | Trustee Marilyn O. Marshall |

### NOTICE OF MOTION

On December 7, 2009 at 9:30 a.m., I shall appear before Bankruptcy Judge Hollis in the Courtroom usually occupied by her, in the United States District Courthouse, 219 South Dearborn Street, Rm. 644, Chicago, Illinois, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion to Modify Automatic Stay at which time and place you may appear if you so see fit.

/s/Steven R. Rappin
STEVEN R. RAPPIN
HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 South LaSalle Street
Chicago, Illinois 60603
312/372-2020
Attorney No. 06193940

STATE OF ILLINOIS
COUNTY OF COOK

I, Steven R. Rappin, an attorney, being first duly sworn upon oath, deposes and states that he has served the above and foregoing Notice, together with all required papers, upon the Debtor, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mail box at 39 South LaSalle Street, Chicago, Illinois 60603, and by electronic filing upon Debtor's Attorney, the Trustee and the Office of the U. S. Trustee, on November 18, 2009.

/s/Steven R. Rappin
STEVEN R. RAPPIN

## SERVICE LIST

MARK T CARRUTHERS
3 E. 144TH STREET
RIVERDALE, IL 60827

MARGARET J CARRUTHERS
3 E. 144TH STREET
RIVERDALE, IL 60827

EDWIN L FELD
FELD & KORRUB, LLC
29 SOUTH LASALLE STREET SUITE 328
CHICAGO, IL 60603

MARILYN O MARSHALL
224 SOUTH MICHIGAN STE 800
CHICAGO, IL 60604

WILLIAM T NEARY
OFFICE OF THE U.S. TRUSTEE, REGION 11
219 S DEARBORN ST
ROOM 873
CHICAGO, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| MARK T. CARRUTHERS AND MARGARET J, CARRUTHERS, | Case No. 07 B 00272 |
| Debtors. | Honorable Pamela S. Hollis |
| | Trustee Marilyn O. Marshall |

## MOTION TO MODIFY AUTOMATIC STAY OR DISMISS

Now comes CITIMORTGAGE, INC. (CITIMORTGAGE), by its attorneys, HAUSELMAN, RAPPIN & OLSWANG, LTD., and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), or in the alternative to dismiss, and as cause for its motion states as follows:

1. At all relevant times, CITIMORTGAGE was, or is, the owner of a Note secured by a first mortgage against the real estate in Cook County, Illinois, located at 3 E. 144th Street, Riverdale, IL 60827 (Real Estate).

2. The Mortgage was duly recorded in the Office of the Recorder of Deeds of Cook County, Illinois, upon the date indicated thereon and assigned the document numbers appearing thereon.

3. The Mortgage and Note involving the Real Estate have been, and are, delinquent since June, 2009.

4. There is due and owing CITIMORTGAGE the principal sum of $134,729.50 plus interest, attorneys' fees, costs and advances in connection with the Real Estate.

5. On January 8, 2007, the Debtor filed a Petition for Relief pursuant to Chapter 13 of the United States Bankruptcy Code and Marilyn O. Marshall was appointed Standing Trustee of the Debtor's estate.

6. To date, CITIMORTGAGE has not received post-petition current mortgage payments in the amount of $1,705.54, due for the months of August, 2009 through November, 2009, plus delinquent expense in the amount of $427.00, plus attorney fees and costs in the amount of $800.00. Accordingly, the Debtor's post-petition default totals $8,049.16.

7. The automatic stay against CITIMORTGAGE should be terminated, annulled, or modified for cause, or in the alternative, this case should be dismissed for the following reasons:

A. The Debtor has failed to provide adequate protection to CITIMORTGAGE and has made a material default with respect to his payments due CITIMORTGAGE.

B. There is currently a continuing daily increase in the total indebtedness chargeable against the Real Estate for interest costs due under the Mortgage and Note, liens against the Real Estate and unpaid real estate taxes, all of which results in CITIMORTGAGE being deprived of adequate protection of its interest as a secured party in the Real Estate.

C. The Debtor's nonpayment into his Chapter 13 Plan constitutes unreasonable delay to the prejudice of creditors in violation of 11 U.S.C. Section 1307(c)(1).

8. CITIMORTGAGE requests waiver of 10-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, CITIMORTGAGE, INC. prays that an Order be entered in this cause terminating, annulling or modifying the Automatic Stay as provided pursuant to the United States Bankruptcy Code, Section 362, or dismissal of this cause, so that CITIMORTGAGE, INC. be permitted to initiate or proceed with mortgage foreclosure proceedings, and for such further relief as may be appropriate.

CITIMORTGAGE, INC.,

By: /s/Steven R. Rappin
One of its attorneys

HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 South LaSalle Street, #1105
Chicago, Illinois 60603
312/372-2020
Attorney No. 06193940

NOTICE PURSUANT TO THE
FAIR DEBT COLLECTION
PRACTICES ACT
15 U.S.C. Section 1601 as Amended

1.  The amount of the debt is stated in the motion attached hereto.

2.  The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3.  Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4.  If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6.  Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7.  Written requests should be addressed to Hauselman & Rappin, Ltd., 39 South LaSalle Street, Suite 1105, Chicago, Illinois 60603.

8.  Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.